IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY P. WILSON,

    Plaintiff,

  v.

SAUSE BROS., and DOES ONE THROUGH TEN, Inclusive,

    Defendants.

No. C 11-01547 WHA

**ORDER DENYING REQUEST FOR EXTENSION**

    The case management order requires the parties to file a definitive schedule for depositions of all witnesses disclosed under Rule 26(a) by today, August 31, 2011 (Dkt. No. 22 at ¶ 3). Instead, the parties filed a request for an extension of the deadline. The parties explain that plaintiff's deposition, which is scheduled for September 13, 2011, "will be informative" in determining which witnesses should be deposed (Dkt. No. 24). The request is **DENIED**. A deposition schedule must be filed **TODAY** as required by the case management order. If it later becomes advisable to amend the schedule, the parties may file a motion to do so.

    **IT IS SO ORDERED.**

Dated: August 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE