LYLE C. CAVIN, JR., SBN 44958
ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Ph:   (510) 444-2501
Fx:   (510) 444-4209

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. WILSON,<br>         Plaintiff,<br><br>     vs.<br><br>SAUSE BROS., and Does One through Ten, Inclusive,<br><br>         Defendant | Case No. CV 11 1547 WHA<br>**ORDER GRANTING<br>REQUEST FOR CONTINUANCE OF<br>MEDIATION CUT-OFF DATE** |

Parties had a telephonic conference with the appointed mediator in this matter on September 20, 2011, and a mediation date of February 17, 2012 was agreed upon.

The date was chosen because this is a maritime personal injury case and witnesses are at sea and depositions will not be completed until that time.

Two witnesses are available in November, one will be available in December and one returns in January.

///

///

///

///

///

Request for Continuance of Mediation Cut-Off Date - 1

It is respectfully requested that the mediation cut-off date of October 17, 2011, be continued to February 17, 2012.

Dated: October 11, 2011                    LAW OFFICES OF LYLE C. CAVIN, JR.

By _____/s/_____
Alfred G. Johnson
Attorneys for Plaintiff
Gregory P. Wilson

It is so ordered.  **There will be no more extensions.**

Dated: October 11, 2011.

_____
William Alsup
U.S. District Court Judge

Request for Continuance of Mediation Cut-Off Date - 2