LYLE C. CAVIN, JR., SBN 44958
ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Tel: (510) 444-2501
Fax: (510) 444-4209

Attorneys for Plaintiff,
Gregory P. Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. WILSON, | CASE NO. CV 11 1547 WHA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| SAUSE BROS., and Does One through Ten, Inclusive, | |
| Defendants. | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: January 26, 2012                    LAW OFFICES OF LYLE C. CAVIN, JR.


                                           By: __/s/_____
                                               Alfred G. Johnson
                                               Attorneys for Plaintiff
                                               Gregory P. Wilson

1

Dated: January 26, 2012                LINDSAY HART NEIL & WEIGLER, LLP


                                       By: ___/s/_____
                                           Thomas McDermott
                                           Attorneys for Defendant
                                           Sause Bros.


IT IS SO ORDERED.


Dated: _____           _____
                                       William Alsup
                                       United States District Judge

2